

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2021

No. 04-21-00159-CV

**IN THE INTEREST OF D.D.V., A CHILD**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00206
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

On April 19, 2021, appellant filed a notice of appeal stating her intent to appeal a final decree of termination "rendered on April 5, 2021." The clerk's record was filed on May 10, 2021. Although the clerk's record contains the judge's notes, the clerk's record did not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (noting judge's notes do not constitute a final order). In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order.

"[A]n appeal may be prosecuted only from a final judgment." *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, we **ORDER** appellant to show cause in writing **by May 24, 2021** why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court